** SCHOOL DISTRICT — COMPETITIVE BIDDING ** THE GOVERNING BODY OF A SCHOOL DISTRICT MUST ADHERE STRICTLY TO THE TERMS AND PROVISIONS OF THE PUBLIC COMPETITIVE BIDDING ACT OF 1974, 61 O.S. 101 [61-101] THRU 61 O.S. 136 [61-136] IN AWARDING CONTRACTS FOR MAKING IMPROVEMENTS TO SCHOOL BUILDING WHERE THE AMOUNT OF THE CONTRACT WITH EXCEED THE SUM OF ONE THOUSAND ($1,000) DOLLARS. (BUILDING, MAINTENANCE, SCHOOL BOARD, PUBLIC BUILDINGS, CONSTRUCTION) CITE: 61 O.S. 102 [61-102](4), 61 O.S. 102 [61-102](30), 61 O.S. 133 [61-133], 69 O.S. 1101 [69-1101] 70 O.S. 5-123 [70-5-123], 74 O.S. 102 [74-102](4), OPINION NO. 74-190 (FLOYD W. TAYLOR)